UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00482-FDW-DSC

| | |
|---|---|
| GRADY HELMS., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| | ) ORDER |
| PROCTER & GAMBLE DISTRIBUTING LLC, THE PROCTER & GAMBLE MANUFACTURING COMPANY, THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY, and THE PROCTER & GAMBLE U.S. BUSINESS SERVICES COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court upon the parties' Consent Motion to Remand to State Court (Doc. No. 10).

On July 23, 2018, this case was filed in the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina. Defendants, on August 30, 2018, filed a Notice of Removal of the action to this Court on the basis of diversity jurisdiction. Following removal, counsel for Plaintiff stipulated to damages in this litigation of no more than $74,999. On September 20, 2018, the parties filed their consent motion to remand, contending federal jurisdiction is no longer proper as the amount in controversy no longer exceeds $75,000. 28 U.S.C. § 1332.

IT IS THEREFORE ORDERED that the parties Consent Motion to Remand to State Court (Doc. No. 10) is GRANTED and pursuant to 28 U.S.C. § 1447, this case is REMANDED to state court where it was originally filed.

1

IT IS SO ORDERED.

Signed: September 25, 2018

*Frank D. Whitney*
Chief United States District Judge